# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 123 WM 2018
:
Respondent   :
:
:
:
v.   :
:
:
:
SELF STRAWDER,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus, which Petitioner restyled Petition for Writ of Coram Nobis, is DENIED.